UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NISA MELLIN,                                                :
                                   Plaintiff,               :
                                                            :    21 Civ. 7789 (LGS)
              -against-                                     :
                                                            :            ORDER
NERAI LLC,                                                  :
                                   Defendant.               :
------------------------------------------------------------:
                                                            X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated October 15, 2021, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference (Dkt. No. 2).

WHEREAS, the initial pretrial conference is scheduled for December 2, 2021, at 11:00 a.m.

WHEREAS, on November 24, 2021, Plaintiff filed a letter stating that Defendant had been served on November 12, 2021, and requested a sixty-day extension to file the initial pretrial conference materials.

WHEREAS, Defendant has not appeared in this case.  It is hereby

**ORDERED** that Plaintiff's request for an extension is **GRANTED IN PART**.  The parties shall file the joint letter and proposed case management plan by **December 9, 2021.**  It is further

**ORDERED** that the initial pretrial conference scheduled for December 2, 2021, is ADJOURNED to **December 16, 2021** at **11:00 a.m.**  It is further

**ORDERED** that if Defendant does not appear by **December 2, 2021**, Plaintiff shall file a letter by **December 9, 2021**, stating why it should not proceed in seeking a default judgment

against Defendant.  It is further

**ORDERED** that Plaintiff shall serve a copy of this Order on Defendant, and shall file an affidavit of service no later than **December 9, 2021**.

The Clerk of Court is respectfully directed to close the motion at Docket No. 8.

Dated: November 29, 2021
      New York, New York

                                    **LORNA G. SCHOFIELD**
                                 **UNITED STATES DISTRICT JUDGE**