```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NISA MELLIN,                                                :
                              Plaintiff,                    :
                                                            :    21 Civ. 7789 (LGS)
               -against-                                    :
                                                            :         ORDER
NERAI LLC,                                                  :
                              Defendant.                    :
------------------------------------------------------------:
                                                            X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant was served on November 24, 2021, and has not appeared in this case.

WHEREAS, an initial pretrial conference is scheduled for December 16, 2021, at 11:00 a.m.  It is hereby

**ORDERED** that the initial pretrial conference scheduled for December 16, 2021, is **cancelled.**  It is further

**ORDERED** that by **January 24, 2022**, Plaintiff shall move for default judgment pursuant to Attachment A of the Court's Individual Rules, if Defendant still has not appeared, despite Plaintiff's renewal of service.

Dated: December 10, 2021
        New York, New York

                                                    _____
                                                         LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE