UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NISA MELLIN,
                        Plaintiff,

        -against-

NERAI LLC,
                        Defendant.
------------------------------------------------------------X

21 Civ. 7789 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by Order dated June 9, 2022, Plaintiff was directed to file a letter, by June 23, 2022, regarding the status of service upon non-party Mr. Coll.

    WHEREAS, Plaintiff failed to timely submit any letter. It is hereby

    **ORDERED** that by **June 30, 2022**, Plaintiff shall file a status letter regarding the status of service upon Mr. Coll, and whether Mr. Coll's deposition has been scheduled.

Dated: June 28, 2022
       New York, New York

                                          LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE