UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                :

NISA MELLIN,                                                          :
                                            Plaintiff,          :
                                                                           :          21 Civ. 7789 (LGS)
                         -against-                                 :
                                                                           :          ORDER
NERAI LLC,                                                          :
                                            Defendant.        :
                                                                           :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated July 29, 2022, required the parties to file a status letter on

October 7, 2022, as outlined in Individual Rule IV.A.2;

       WHEREAS, the parties failed to submit the letter.  It is hereby

       **ORDERED** that, by **October 14, 2022**, the parties shall file the status letter.

Dated: October 12, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                 UNITED STATES DISTRICT JUDGE