UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NISA MELLIN,
                          Plaintiff,

          -against-                       21 Civ. 7789 (LGS)

                                          <u>ORDER</u>
NERAI LLC,
                       Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a pre-motion conference was held on November 30, 2022, at 4:00 P.M. It is hereby

      **ORDERED** that the parties shall proceed with a settlement conference with Magistrate Judge Cave. At the conclusion of the settlement conference, the parties shall file a joint letter apprising the Court of the status of their discussion. It is further

      **ORDERED** that if no agreement is reached, and Defendant plans to file a motion for summary judgment, the parties shall jointly propose a briefing schedule.

Dated: December 1, 2022
       New York, New York

                                                     LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE