UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
NISA MELLIN,
                             Plaintiff,

           -against-                         21 Civ. 7789 (LGS)

                                                ORDER
NERAI LLC,
                             Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a pre-motion conference was held on November 30, 2022, at 4:00 P.M.;

       WHEREAS, the parties were directed to proceed with a settlement conference with Magistrate Judge Cave and, at the conclusion of the settlement conference, to file a joint letter apprising the Court of the status of their discussion;

       WHEREAS, the settlement conference was held on January 5, 2023;

       WHEREAS, no such letter has been filed. It is hereby

       **ORDERED** that, by **February 14, 2023**, the parties shall file the joint status letter, including whether Defendant plans to file a motion for summary judgment and, if so, a proposed joint briefing schedule, or whether a trial-ready order should be entered.

Dated: February 8, 2023
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE