UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NISA MELLIN,
                        Plaintiff,

          -against-

NERAI LLC,
                        Defendant.
------------------------------------------------------------X

21 Civ. 7789 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that as soon as possible and in no event later than **January 4, 2024**, Defendant shall email chambers requesting an upload link for the video of Martin Mellin descending the stairs of the restaurant Nerai.

Dated: January 2, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE